IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICARDO CORTEZ WHEELER,

       Plaintiff,                               Civ. No. 6:19-cv-1866-MK

       v.                                        ORDER

JOHN SERBU JUVENILE JUSTICE
CENTER; et al.

       Defendants.

_____

MCSHANE, Judge:

       Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#7), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#7) is adopted. This action is DISMISSED, without prejudice.

IT IS SO ORDERED.

       DATED this 31st day of March, 2020.

                                                       /s/ Michael J. McShane
                                                       Michael McShane
                                                   United States District Judge